JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRANDON LEON BIBBS,<br><br>　　　　Petitioner,<br><br>　　　v.<br><br>LOS ANGELES SHERIFF DEPT.,<br><br>　　　　Respondent. | Case No. CV 21-2308-JVS (KK)<br><br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Action with Prejudice,

IT IS HEREBY ADJUDGED that this action is DISMISSED with prejudice.

Dated: May 03, 2021

HONORABLE JAMES V. SELNA
United States District Judge